

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-18-00324-CV

Madhavan A. **PISHARODI**, M.D., P.A.,
Appellant

v.

**UNITED BIOLOGICS, L.L.C**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The appellee's amended motion for extension of time to file brief is hereby GRANTED. Time is extended to June 7, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court